| PROB 22 Rev.2/88 | | DOCKET NUMBER (Tran. Ct) 02-60025-CR-ZLOCH |
|---|---|---|
| PLH/cfb | **TRANSFER OF JURISDICTION** | DOCKET NUMBER (Rec. Ct) 34-10353 |

| NAME AND ADDRESS OF SUPERVISED RELEASEE | DISTRICT Southern | DIVISION Probation |
|---|---|---|
| Ms. Migon Bissonnette 158 Adams Street Leominster, Massachusetts 01453 | NAME OF SENTENCING JUDGE The Honorable William J. Zloch Chief United States District Judge | |

| SD/FL PACTS No. 71642 | DATES OF SUPERVISED RELEASE | FROM 04/26/2004 | TO 04/25/2007 |
|---|---|---|---|

OFFENSE:   Importation of at least 500 grams of cocaine Title 21 U.S.C. § 952(a).

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA

**IT IS HEREBY ORDERED** that pursuant to 18 U.S.C. 3605 the jurisdiction of the supervised releasee named above be transferred with the records of this Court to the United States District Court for the DISTRICT OF MASSACHUSETTS upon the court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

11/10/04
Date

_____
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS.

**IT IS HEREBY ORDERED** that jurisdiction over the above-named supervised releasee be accepted and assumed by this Court from and after the entry of this order.

Dec 3, 2004
Effective Date

William G. Young
United States District Judge